**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Karen L. Kelley,<br>    aka Karen Harris,<br>    aka Karen Catona<br>                    Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-12907 SR |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Planet Home Lending as Servicer for Goshen Mortgage LLC as separate trustee for GDBT I Trust 2011-1 and index same on the master mailing list.

                        Respectfully submitted,

                        **/s/Rebecca A. Solarz, Esquire**
                        Rebecca A. Solarz, Esquire
                        Thomas Puleo, Esquire
                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 627-1322 FAX (215) 627-7734