# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Karen L. Kelley aka Karen Harris, aka Karen Catona<br>Debtor(s) | CHAPTER 13 |
| Goshen Mortgage LLC as separate trustee for GDBT I Trust 2011-1<br>Movant<br>vs. | NO. 17-12907 SR |
| Karen L. Kelley aka Karen Harris, aka Karen Catona<br>Debtor(s) | 11 U.S.C. Sections 362 |
| Frederick L. Reigle Esq.<br>Trustee | |

## ORDER

AND NOW, this       day of            , 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1416 Brayden Drive, Boothwyn, PA 19061 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Dated: September 28, 2017**

_____
United States Bankruptcy Judge.

Karen L. Kelley aka Karen Harris, aka Karen Catona
1416 Brayden Drive
Boothwyn, PA 19061

Stanley E. Luongo Jr.
213-215 West Miner Street
West Chester, PA 19382

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532