United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-12907-sr
Karen L. Kelley                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: John              Page 1 of 1              Date Rcvd: Sep 28, 2017
                            Form ID: pdf900         Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2017.
```
db          +Karen L. Kelley,    1416 Brayden Drive,    Boothwyn, PA 19061-2805
cr          +Concord Valley Homeowners Association,    c/o Michelle J. Stranen, Esquire,
              326 West State Street,    Media, PA 19063-2616
13907323    +Goshen Mortgage LLC,    411 West Putnam Avenue, Suite 125,    Greenwich, CT 06830-6294
13952996    +Goshen Mortgage LLC,    for GDBT I Trust 11-00001,    c/o REBECCA ANN SOLARZ,
              710 Market Street, Suite 5000,    Philadelphia, PA 19106-2312
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Sep 29 2017 01:28:48     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 29 2017 01:28:33
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 29 2017 01:28:40     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2017 01:31:07     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr          +E-mail/Text: bncmail@w-legal.com Sep 29 2017 01:28:36     USAA Federal Savings Bank,
              c/o Weinstein & Riley, P.S.,    2001 Western Ave., Suite 400,    Seattle, WA 98121-3132
                                                                                             TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           AmeriCredit Financial Services, Inc. dba GM Financ
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2017 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              LISA   CANCANON    on behalf of Creditor    USAA Federal Savings Bank LisaC@w-legal.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Goshen Mortgage LLC as separate trustee for GDBT I
               Trust 2011-1 bkgroup@kmllawgroup.com
              MICHELLE JEANNE STRANEN    on behalf of Creditor    Concord Valley Homeowners Association
               mstranen@marcushoffman.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Goshen Mortgage LLC as separate trustee for GDBT I
               Trust 2011-1 bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Goshen Mortgage LLC as seperate trustee for GDBT I
               TRsut 2011-1 bkgroup@kmllawgroup.com
              STANLEY E. LUONGO, JR.    on behalf of Debtor Karen L. Kelley stan.luongo@luongobellwoar.com,
               nicole.werner@luongobellwoar.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Karen L. Kelley aka Karen Harris, aka Karen Catona<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| Goshen Mortgage LLC as separate trustee for GDBT I Trust 2011-1<br>　　　　　　　Movant<br>　　vs.<br>Karen L. Kelley aka Karen Harris, aka Karen Catona<br>　　　　　　　Debtor(s)<br>Frederick L. Reigle Esq.<br>　　　　　　　Trustee | NO. 17-12907 SR<br><br>11 U.S.C. Sections 362 |

**ORDER**

　　AND NOW, this　　　day of　　　　　　, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

　　ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1416 Brayden Drive, Boothwyn, PA 19061 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

*[Signature: Stephen Raslavich]*

**Dated: September 28, 2017**　　　　　　　　　　　　　　　United States Bankruptcy Judge.

Karen L. Kelley aka Karen Harris, aka Karen Catona
1416 Brayden Drive
Boothwyn, PA 19061

Stanley E. Luongo Jr.
213-215 West Miner Street
West Chester, PA 19382

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532