IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: KAREN L. KELLEY ) | |
| **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| AMERICREDIT FINANCIAL SERVICES, ) | |
| INC. dba GM FINANCIAL ) | Case No.: 17-12907 (JKF) |
| **Moving Party** ) | |
| ) | **Hearing Date:  3-28-18 at 9:30 AM** |
| v. ) | |
| ) | 11 U.S.C. 362 |
| KAREN L. KELLEY ) | |
| **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |

**STIPULATION OF SETTLEMENT OF MOTION OF GM FINANCIAL FOR RELIEF FROM THE AUTOMATIC STAY**

This matter having been brought before the Court on a Motion For Relief From The Automatic Stay by William E. Craig, Esquire, attorney for AmeriCredit Financial Services, Inc. dba GM Financial ("GM Financial"), and the Debtor having opposed such Motion through her counsel, Stanley E. Luongo, Jr., Esquire, and the parties having resolved said Motion as hereinafter set forth and by the agreement of all counsel the parties hereby stipulate;

**ORDERED:**

1. That GM Financial is the holder of a first purchase money security interest in a 2013 Chevrolet Cruze bearing vehicle identification number 1G1PG5SB3D7116000.

2. That the parties stipulate that the Debtor's account has post-petition arrears through March 2018 in the amount of $4,282.72.

3. That the Debtor is to cure the arrearage set forth in paragraph two (2) above as follows:

    a. The Debtor is to make a payment of $1,000.00 by April 1, 2018 or GM Financial may file a Certification of Default with the Court and serve it on all interested parties.  Five days after receipt of said Certification Of

      Default, the Court shall enter an Order granting relief from the automatic stay unless an objection has been filed, specifying the reasons for the objection; in which case the Court will set a hearing on the objection.

    b. Following the payment set forth in paragraph 3(a) above, the Debtor is to cure the remaining arrears by making her regular monthly payment of $635.66 plus an additional $547.12 (total monthly payment of $1,182.78) for the months of April through September 2018.

4. That commencing April 2018, if the Debtor fails to make any payment to GM Financial within thirty (30) days after the date it falls due, GM Financial may file a Certification of Default with the Court and serve it on all interested parties. Five days after receipt of said Certification Of Default, the Court shall enter an Order granting relief from the automatic stay unless an objection has been filed, specifying the reasons for the objection; in which case the Court will set a hearing on the objection.

5. That the parties agree that a facsimile signature shall be considered an original signature.

We hereby agree to the form and entry of this Order:

/s/ Stanley E. Luongo, Jr.
Stanley E. Luongo, Jr., Esquire
Attorney for the Debtor

/s/ William E. Craig
William E. Craig, Esquire
Attorney for GM Financial

/s/ Polly A. Langdon
Polly A. Langdon
For Frederick L. Reigle
Chapter 13 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: KAREN L. KELLEY )<br>**Debtor(s)** )<br>)<br>AMERICREDIT FINANCIAL SERVICES, )<br>INC. dba GM FINANCIAL )<br>**Moving Party** )<br>)<br>v. )<br>)<br>KAREN L. KELLEY )<br>**Respondent(s)** )<br>)<br>WILLIAM C. MILLER )<br>**Trustee** )<br>) | CHAPTER 13<br><br>Case No.: 17-12907 (JKF)<br><br>**Hearing Date: 3-28-18 at 9:30 AM**<br><br>11 U.S.C. 362 |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between GM Financial and the Debtor in settlement of the Motion For Stay Relief, and filed on or about May 16, 2018, in the above matter is APPROVED.

Dated:   May 22, 2018

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE