United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Karen L. Kelley  
    Debtor

Case No. 17-12907-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Jennifer     Page 1 of 1     Date Rcvd: May 22, 2018  
                      Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2018.
```
db            +Karen L. Kelley,    1416 Brayden Drive,    Boothwyn, PA 19061-2805
13930789     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:  Americredit Financial Services dba GM Financial,    PO Box 183853,
                 Arlington TX 76096)
13912238      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2018 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              LISA  CANCANON    on behalf of Creditor    USAA Federal Savings Bank LisaC@w-legal.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Goshen Mortgage LLC as separate trustee for GDBT I
               Trust 2011-1 bkgroup@kmllawgroup.com
              MICHELLE JEANNE STRANEN    on behalf of Creditor    Concord Valley Homeowners Association
               mstranen@marcushoffman.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Goshen Mortgage LLC as seperate trustee for GDBT I
               TRsut 2011-1 bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Goshen Mortgage LLC as separate trustee for GDBT I
               Trust 2011-1 bkgroup@kmllawgroup.com
              STANLEY E. LUONGO, JR.    on behalf of Debtor Karen L. Kelley stan.luongo@luongobellwoar.com,
               nicole.werner@luongobellwoar.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 10
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: KAREN L. KELLEY ) | |
| **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| AMERICREDIT FINANCIAL SERVICES, ) | |
| INC. dba GM FINANCIAL ) | Case No.: 17-12907 (JKF) |
| **Moving Party** ) | |
| ) | **Hearing Date:  3-28-18 at 9:30 AM** |
| v. ) | |
| ) | 11 U.S.C. 362 |
| KAREN L. KELLEY ) | |
| **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |

### STIPULATION OF SETTLEMENT OF MOTION OF GM FINANCIAL FOR RELIEF FROM THE AUTOMATIC STAY

This matter having been brought before the Court on a Motion For Relief From The Automatic Stay by William E. Craig, Esquire, attorney for AmeriCredit Financial Services, Inc. dba GM Financial ("GM Financial"), and the Debtor having opposed such Motion through her counsel, Stanley E. Luongo, Jr., Esquire, and the parties having resolved said Motion as hereinafter set forth and by the agreement of all counsel the parties hereby stipulate;

   **ORDERED:**

  1. That GM Financial is the holder of a first purchase money security interest in a 2013 Chevrolet Cruze bearing vehicle identification number 1G1PG5SB3D7116000.

  2. That the parties stipulate that the Debtor's account has post-petition arrears through March 2018 in the amount of $4,282.72.

  3. That the Debtor is to cure the arrearage set forth in paragraph two (2) above as follows:

      a. The Debtor is to make a payment of $1,000.00 by April 1, 2018 or GM Financial may file a Certification of Default with the Court and serve it on all interested parties.  Five days after receipt of said Certification Of

        Default, the Court shall enter an Order granting relief from the automatic stay unless an objection has been filed, specifying the reasons for the objection; in which case the Court will set a hearing on the objection.

    b. Following the payment set forth in paragraph 3(a) above, the Debtor is to cure the remaining arrears by making her regular monthly payment of $635.66 plus an additional $547.12 (total monthly payment of $1,182.78) for the months of April through September 2018.

4. That commencing April 2018, if the Debtor fails to make any payment to GM Financial within thirty (30) days after the date it falls due, GM Financial may file a Certification of Default with the Court and serve it on all interested parties. Five days after receipt of said Certification Of Default, the Court shall enter an Order granting relief from the automatic stay unless an objection has been filed, specifying the reasons for the objection; in which case the Court will set a hearing on the objection.

5. That the parties agree that a facsimile signature shall be considered an original signature.

We hereby agree to the form and entry of this Order:

/s/ Stanley E. Luongo, Jr.
Stanley E. Luongo, Jr., Esquire
Attorney for the Debtor

/s/ William E. Craig
William E. Craig, Esquire
Attorney for GM Financial

/s/ Polly A. Langdon
Polly A. Langdon
For Frederick L. Reigle
Chapter 13 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: KAREN L. KELLEY ) | |
| **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| AMERICREDIT FINANCIAL SERVICES, ) | |
| INC. dba GM FINANCIAL ) | Case No.: 17-12907 (JKF) |
| **Moving Party** ) | |
| ) | **Hearing Date: 3-28-18 at 9:30 AM** |
| v. ) | |
| ) | 11 U.S.C. 362 |
| KAREN L. KELLEY ) | |
| **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between GM Financial and the Debtor in settlement of the Motion For Stay Relief, and filed on or about May 16, 2018, in the above matter is APPROVED.

Dated:   May 22, 2018

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE