UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              :

KAREN L. KELLEY

                                                     : Bankruptcy No. 17-12907JKF
Debtor(s)                    : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*[signature]*

**Date: December 19, 2018**

Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

STANLEY E LUONGO JR ESQ
213-215 WEST MINER ST
WEST CHESTER PA 19382-

KAREN L. KELLEY
1416 BRAYDEN DRIVE
BOOTHWYN,PA.19061