United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                            Case No. 17-12907-jkf
Karen L. Kelley                                                                   Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: John                  Page 1 of 2                Date Rcvd: Dec 20, 2018
                               Form ID: pdf900             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2018.
```
db          +Karen L. Kelley,    1416 Brayden Drive,    Boothwyn, PA 19061-2805
13930789   ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court:  Americredit Financial Services dba GM Financial,    PO Box 183853,
             Arlington TX 76096)
13912238    +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
             Arlington, TX 76096-3853
13907318    +Concord Valley Homeowners Association,    c/o Castlebridge Management, LLC,
             1770 E. Lancaster Avenue, Suite 1A,    Paoli, PA 19301-1575
13907319    +Crozer Keystone,    Health Access Network,    P.O. Box 8500-6355,    Philadelphia, PA 19178-0001
13907320    +Crozer-Keystone Health System,    Correspondence Address,    P.O. Box 9800,
             Coral Springs, FL 33075-0800
13907321    +Eastern Regional Medical Center,    2610 Sheridan Road,    Zion, IL 60099-2615
13907322    +GM Financial,    P.O. Box 183123,    Arlington, TX 76096-3123
13907323    +Goshen Mortgage LLC,    411 West Putnam Avenue, Suite 125,    Greenwich, CT 06830-6294
13952996    +Goshen Mortgage LLC,    for GDBT I Trust 11-00001,    c/o REBECCA ANN SOLARZ,
             710 Market Street, Suite 5000,    Philadelphia, PA 19106-2312
13907324    +HAN Emergency Physicians,    P.O. Box 8500-13973,    Philadelphia, PA 19178-0001
13907325    +Hayt, Hayt & Landau, LLC,    400 Market Street, Ste. 600,    Philadelphia, PA 19106-2533
13907326    +KML Law Group, P.C.,    701 Market Street, Suite 5000,    BNY Independence Center,
             Philadelphia, PA 19106-1541
13907327    +Main Line Health,    Riddle Hospital Patient Payments,    P.O. Box 781242,
             Philadelphia, PA 19178-1242
13907329    +Planet Home Lending,    321 Research Parkway, Suite 303,    Meriden, CT 06450-8342
13907330    +Quest Diagnostics,    P.O. Box 740775,    Cincinnati, OH 45274-0775
13907331    +Southeast Radiology, Ltd,    P.O. Box 3247,    Evansville, IN 47731-3247
13907332    +Stephen A. Solotoff, MD,    191 Presidential Blvd., Ste. 103,    Bala Cynwyd, PA 19004-1215
13934105    +USAA Federal Savings Bank,    c/o LISA CANCANON,    Weinstein & Riley P.S.,
             11101 West 120th Ave.,    Broomfield, CO 80021-3436
13907334    +USAA Savings Bank,    10750 McDermott Fwy.,    San Antonio, TX 78288-1600
13907333    +University of PA Physician Group,    c/o Arcadia Recovery Bureau, LLC,    P.O. Box 6768,
             Wyomissing, PA 19610-0768
14062850    +William E. Craig, Esquire,    Morton & Craig, LLC,    Atty for AmeriCredit Financial,
             110 Marter Ave.,    Suite 301,    Moorestown, NJ 08057-3124
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Dec 21 2018 02:47:32     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept.,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2018 02:47:04
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 21 2018 02:47:28     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/Text: mstranen@marcushoffman.com Dec 21 2018 02:46:36
             Concord Valley Homeowners Association,    c/o Michelle J. Stranen, Esquire,
             326 West State Street,    Media, PA 19063-3861
cr          +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2018 02:44:40     Synchrony Bank,
             c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13907317     E-mail/Text: ebn@americollect.com Dec 21 2018 02:47:22     AmeriCollect, Inc.,    P.O. Box 1566,
             Manitowoc, WI 54221
13907316    +E-mail/Text: bkrpt@retrievalmasters.com Dec 21 2018 02:47:16
             American Medical Collection Agency,    4 Westchester Plaza, Suite 110,
             Elmsford, NY 10523-1615
13907328    +E-mail/Text: bankruptcydpt@mcmcg.com Dec 21 2018 02:47:17     Midland Funding LLC,
             8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
13985568    +E-mail/Text: bankruptcydpt@mcmcg.com Dec 21 2018 02:47:17     Midland Funding LLC,
             PO Box 2011,    Warren, MI 48090-2011
13908428     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2018 02:44:46
             PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13989128    +E-mail/Text: ebn@americollect.com Dec 21 2018 02:47:21     Radiology Assoc of the Main Line PC,
             c/o Americollect Inc,    P O Box 1566,    Manitowoc, WI 54221-1566
13989149    +E-mail/Text: ebn@americollect.com Dec 21 2018 02:47:22     Southeast Radiology, LTD,
             c/o Americollect Inc.,    P O Box 1566,    Manitowoc, WI 54221-1566
13933199    +E-mail/Text: bncmail@w-legal.com Dec 21 2018 02:47:22     USAA Federal Savings Bank,
             c/o Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
13963126     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 21 2018 02:55:41     Verizon,
             by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 14
```

```
District/off: 0313-2          User: John                  Page 2 of 2                   Date Rcvd: Dec 20, 2018
                              Form ID: pdf900             Total Noticed: 36

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +USAA Federal Savings Bank,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Suite 400,
                 Seattle, WA 98121-3132
13988032*      +MIDLAND FUNDING LLC,   PO Box 2011,   Warren, MI 48090-2011
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2018 at the address(es) listed below:
              LISA   CANCANON    on behalf of Creditor    USAA Federal Savings Bank LisaC@w-legal.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Goshen Mortgage LLC as separate trustee for GDBT I
               Trust 2011-1 bkgroup@kmllawgroup.com
              MICHELLE JEANNE STRANEN    on behalf of Creditor    Concord Valley Homeowners Association
               mstranen@marcushoffman.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Goshen Mortgage LLC as separate trustee for GDBT I
               Trust 2011-1 bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Goshen Mortgage LLC as seperate trustee for GDBT I
               TRsut 2011-1 bkgroup@kmllawgroup.com
              STANLEY E. LUONGO, JR.    on behalf of Debtor Karen L. Kelley stan.luongo@luongobellwoar.com,
               nicole.werner@luongobellwoar.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfmail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
                Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

KAREN L. KELLEY

                Debtor(s)     : Bankruptcy No. 17-12907JKF
                                : Chapter 13

<u>ORDER</u>

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: December 19, 2018**

Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

STANLEY E LUONGO JR ESQ
213-215 WEST MINER ST
WEST CHESTER PA 19382-

KAREN L. KELLEY
1416 BRAYDEN DRIVE
BOOTHWYN,PA.19061